IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Tropix Knight,<br><br>  Defendant. | No. CR-19-08110-002-PCT-DLR<br><br>**ORDER** |

Based upon the United States' Motion to Dismiss Without Prejudice (Doc. 177), and good cause appearing,

**IT IS ORDERED** that the United States' Motion to Dismiss Without Prejudice (Doc. 177) is granted as to Defendant Tropix Knight.

**IT IS FURTHER ORDERED** that the above-captioned matter is dismissed without prejudice as to Defendant Tropix Knight.

**IT IS FURTHER ORDERED** vacating any pending hearings and denying any pending motions as moot.

Dated this 25th day of October, 2021.

Douglas L. Rayes
United States District Judge